FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -7 A 10: 45

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRANK TRAMMELL, # 114251 | CIVIL ACTION |
| VERSUS | NO. 00-0336 |
| BARON KAYLO, ET AL | SECT. N MAG. |

### ORDER

Considering the application and affidavit to proceed in forma pauperis,

**IT IS ORDERED** that:

☐ the motion is GRANTED; the party is entitled to proceed in forma pauperis.

☐ the motion is MOOT; the party was previously granted pauper status.

☑ the motion is DENIED; the party has sufficient funds to pay the $5.00 filing fee.

☐ the motion is DENIED as MOOT; the filing fee has already been paid.

☐ the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons:

_____

New Orleans, Louisiana, this 7th day of February, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY  FEB 7 2000