FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR -3 P 4: 05

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**FRANK TRAMMELL #114251**   CIVIL ACTION

**VERSUS**   NO. 00-0336

**BARON KAYLO, ET. AL.**   SECTION "N"(6)

\* \* \* \* \* \* \* \* \*

### MOTION FOR EXTENSION OF TIME

\* \* \* \* \* \* \* \* \*

NOW INTO COURT, comes the State of Louisiana, through the undersigned Assistant District Attorney, who does respectfully request an extension of time in which to file a brief for the following reasons:

1. Respondent's brief is due April 3, 2000.

2. Due to counsel's unusually heavy caseload, additional time is required to prepare a response in this matter.

3. Undersigned counsel requested a copy of the State court record but has not received it. A copy of the letter requesting the record is attached to this motion.

DATE OF ENTRY
APR 5 2000

1

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No

4. Undersigned counsel is unaware of any opposition to this extension.

**WHEREFORE**, respondent respectfully requests an additional twenty days (20) from the original return date, or until the 23rd day of April, 2000, in which to file a response in this matter.

Respectfully submitted,

*Cate Bartholomew /s/*
CATE L. BARTHOLOMEW, BAR# 24956
ASSISTANT DISTRICT ATTORNEY
619 South White Street
New Orleans, LA  70119
Telephone:  (504) 822-2414

2

<u>O R D E R</u>

IT IS ORDERED that respondent herein be granted an extension ~~of ___ day(s), or~~ until the 24th day of April, 2000 in which to file a response in the captioned matter.

U.S. MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana

This 4th day of April, 2000,

New Orleans, Louisiana.