UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRANK TRAMMELL # 114251 | CIVIL ACTION |
| VERSUS | NO. 00-0336 |
| BARON KAYLO, ET AL | SECTION "N"(6) |

## MOTION FOR THIRD EXTENSION OF TIME

**NOW INTO COURT**, comes the State of Louisiana, through the undersigned Assistant District Attorney, who does respectfully request an extension of time in which to file a response for the following reasons:

1. Respondent's response is due May 10, 2000.

2. Despite timely and repeated requests the Clerk of Court, for the Orleans Parish Criminal District Court, has been unable to provide the Office of the District Attorney with a duplicate state court record of petitioner's conviction. Undersigned counsel has spoken with the supervisor of records for the Clerk and been informed that personnel shortages have resulted in a backlog of cases to be duplicated both for this court and the Louisiana Fourth Circuit Court of Appeal. Respondent was informed that the clerk is working as diligently as possible to comply with all record requests.

3. Undersigned counsel would note that the Orleans District Attorney gives the highest priority to timely complying with this court's orders to respond to habeas petitions. However, the district attorney is not the custodian of state court records, and this office must rely on other state agencies to provide records. Respondent assures the court that every

DATE OF ENTRY
MAY 1 6 2000

1



effort is made to timely comply with this court's orders to respond to habeas petitions.

4. Respondent is unaware of any opposition to this motion..

**WHEREFORE**, respondent respectfully requests an additional 20 days from the present due date, or until May 24th within which to file a response in this matter.

Respectfully submitted,

Val M. Solino, Bar No. 1610
Assistant District Attorney
619 South White Street
New Orleans, Louisiana 70119
Tele: 504-822-2414

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRANK TRAMMELL # 114251 | CIVIL ACTION |
| VERSUS | NO. 00-0336 |
| BARON KAYLO, ET AL | SECTION "N"(6) |

O R D E R

IT IS ORDERED that respondent herein be granted an extension ~~of~~ ~~day(s), or~~ until the 24th day of May 2000, within which to file a response in the captioned matter.

_____
UNITED STATES MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana

This 15th day of May, 2000.

New Orleans, Louisiana.

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion for extension has been served upon petitioner by mailing a copy, postage pre-paid, to:

FRANK TRAMMELL
DOC # 114251
Avoyelles Correctional Center
Cajun 1- D 2
1630 Prison Road
Cottonport, Louisiana 71327

This 10 day of May, 2000.

New Orleans, Louisiana.

Val M. Solino

4