UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRANK TRAMMELL # 114251** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0336** |
| **BARON KAYLO, ET AL** | **SECTION "N"(6)** |

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, comes the State of Louisiana, through the undersigned Assistant District Attorney, who does respectfully request an extension of time in which to file a response for the following reasons:

1. Respondent's response was due May 24, 2000. Respondent has requested three previous extensions. Respondent would note that in its previous extension respondent requested an additional 20 days, which would have expired on May 30, 2000. Undersigned counsel inadvertently placed May 24, 2000 into the blank as its requested next date. Undersigned counsel did not become aware of this clerical error until preparing this present request. Counsel regrets and apologizes for any inconvenience caused by the error, and respectfully requests that this court consider the following and grant respondent's motion for extension.

2. As this court may be aware from media reports the Orleans District Attorney's Office was forced to close to non-essential personnel for several days during the week of May 22-26, 2000 as a result of non-functioning air conditioning equipment. The net effect of these closures was that the district attorney's office was without the services of its clerical, and data processing staff. For some reason during the process of removing the old air conditioning system and replacing it with a

DATE OF ENTRY
MAY 31 2000

1

temporary one the computers in the Appeals Division of the District Attorney's Office were knocked off line from the office main frame computer. This resulted in undersigned counsel being unable to retrieve or print documents during the period May 26 through May 29, 2000.

3. Consequently, due to the technical difficulties and lost work days, undersigned counsel has been unable to complete this response by the due date. Counsel requests a final extension of one week within which to complete its response.

4. Respondent is unaware of any opposition to this motion.

**WHEREFORE**, respondent respectfully requests an additional 7 (7) days from the present due date, or until June 6th within which to file a response in this matter.

Respectfully submitted,

*/s/ Val M. Solino*

Val M. Solino, Bar No. 1610
Assistant District Attorney
619 South White Street
New Orleans, Louisiana 70119
Tele: 504-822-2414

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRANK TRAMMELL # 114251 | CIVIL ACTION |
| VERSUS | NO. 00-0336 |
| BARON KAYLO, ET AL | SECTION "N"(6) |

### O R D E R

IT IS ORDERED that respondent herein be granted an extension ~~of~~ ~~day(s), or~~ until the 6th day of June 2000, within which to file a response in the captioned matter.

                                          [signature]
                                          UNITED STATES MAGISTRATE JUDGE
                                          United States District Court
                                          Eastern District of Louisiana

This 31st day of May, 2000.

New Orleans, Louisiana.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion for extension has been served upon petitioner by mailing a copy, postage pre-paid, to:

> Frank Trammell
> DOC # 114251
> Avoyelles Correctional Center
> Cajun 1 - D 2
> 1630 Prison Road
> Cottonport, Louisiana 71327

This 30 day of May, 2000.

New Orleans, Louisiana.

_____
Val M. Solino