FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 23 PM 1:19

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| FRANK TRAMMELL | CIVIL ACTION |
|---|---|
| VERSUS | NO. 00-336 |
| BARON KAYLO, ET AL | SECTION "N"(6) |

O R D E R

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Therefore,

IT IS ORDERED that Frank Trammell's application for habeas corpus relief pursuant to Title 28, USC §2254, is hereby DENIED.

New Orleans, Louisiana this _22_ day of August, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 2 4 2000