FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 23 PM 1:19

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FRANK TRAMMELL                               CIVIL ACTION

VERSUS                                       NO. 00-336

BARON KAYLO, ET AL                           SECTION "N"(6)

## J U D G M E N T

The Court, having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that Frank Trammell's application for <u>habeas corpus</u> relief pursuant to Title 28, USC §2254, is hereby DENIED.

New Orleans, Louisiana, this 23 day of August, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 2 4 2000