UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

U.S. DISTRICT COURT
Eastern District of Louisiana

FILED **SEP 0 5 2000**

LORETTA G. WHYTE
Clerk

| | |
|---|---|
| Frank Trammell #114251<br>[Petitioner]<br><br>-versus-<br><br>Baron Kaylo, Et Al<br>[Respondent] | Civil Action No. 00-336<br><br>Section "N" (6)<br><br>Filed:_____<br><br>Clerk:_____ |

### NOTICE OF APPEAL

**NOW INTO COURT** comes, Frank Trammell #114251, in proper person, hereinafter referred to as "petitioner," who respectfully gives this Honorable Court notice of his intent to seek an appeal with the United States Court of Appeal, for the Fifth Circuit regarding the judgement rendered by the United States District Court, for the Eastern District of Louisiana on August 23, 2000. The petitioner received this ruling at the Avoyelles Correctional Center on August 25, 2000.

This notice of appeal is timely filed in accordance with rule 4(a)(1) of the Federal Rules of Appellate Procedure.

WHEREFORE, the petitioner prays that this Honorable Court will issue an order allowing him to appeal the judgement entered in this matter by the United States District Court, for the Eastern District of Louisiana to the United States Court of Appeal, for the Fifth Circuit.

Respectfully Submitted this 30 day of August 2000.

_Frank Trammell #114251_
Frank Trammell #114251

Fee ___Not pd___
___Process___
X Dktd
X CtRmDep
Doc.No. ___13___