

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP 15 AM 11: 18

LORETTA G. WHYTE
CLERK

## UNITED STATES  DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

Frank Trammell #114251                          CIVIL ACTION

VERSUS                                          NO. 00-336

Baron Kaylo                                     SECTION "N" (6)

### CERTIFICATE  OF  APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐      a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____

_____

_____

_____

_____

☒      a certificate of appealability shall not be issued for the following reason(s):
the petitioner has not made a substantial showing of the denial of a constitutional right, for the reasons set forth in Mag. Moore's Report and Recommendation, adopted by this Court on August 22, 2000

_____

Date: _9-14-00_                                 _____

                                               UNITED STATES DISTRICT JUDGE

| DATE OF ENTRY |
| --- |
| SEP 1 8 2000 |

Fee_____
Process_____
X  Dktd____
___ CtRmDep.___
Doc.No.____