U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 06 OCT 2000
LORETTA G. WHYTE
CLERK

C-1-145
JC 12 (Rev 6/80)

APPLICATION TO PROCEED IN FORMA PAUPERIS
SUPPORTING DOCUMENTATION & ORDER

United States District Court

DISTRICT: Eastern District of Louisiana

CASE TITLE: Frank Trammell #114251 v. Baron Kaylo, Warden

DOCKET NO. 00-336 N(6)

MAGISTRATE CASE NO.

I, Frank Trammell #114251, declare that I am the (check appropiate box)

[X] petitioner/plaintiff
[ ] movant (filing 28 U.S.C. 2254 motion)
[ ] respondent/defendant
[ ] _____ other

in the above-entitled proceedings; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed? YES [ ] NO [X]

   a. If the answer is "yes" state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no" state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment  Yes [ ] No [X]
   b. Rent payments, interest or dividends?  Yes [ ] No [X]
   c. Pensions, annuities or life insurance payments?  Yes [ ] No [X]
   d. Gifts or inheritances?  Yes [ ] No [X]
   e. Any other sources?  Yes [ ] No [X]

DATE OF ENTRY OCT 20 2000

(A)

Fee _____
Process _____
X Dktd _____
X CtRmDep _____
Doc.No. _____

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings account?
   Yes ☐    No ☒    (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐    No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____          _____
                   (Date)                              Signature of Applicant

---

CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant herein has the sum of $ _42.05_ on account to his credit at the _Avoyelles Correctional Center_ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _Savings '157'10_ _at Avoyelles Correctional_

_Frank Jeansell_                    _Connie Lemoine, Inmate Banker_
_11-4-99_                           Authorized Officer of Institution

ORDER OF COURT

The application is hereby denied.    The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

_____  _____      _____  _____
United States Judge         Date         United States Judge         Date
                                         or Magistrate

( B )

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Application has been forwarded to the Clerk of Court, for the United States Court of Appeal / Fifth Circuit, U.S. Court of Appeals Building, 600 Camp St., New Orleans, La. 70130, properly addressed, 1st class postage prepaid, on this _____ day of _____, _____.

/s/ _____



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FRANK TRAMMELL 114251                          CIVIL ACTION

VERSUS                                         NUMBER: 00-336

BARON KAYLO, ET AL                             SECTION: N (6)

### ORDER

Considering the application and affidavit to proceed *in forma pauperis*,

**IT IS ORDERED** that:

☐ the motion is GRANTED; the party is entitled to proceed *in forma pauperis*.

☐ the motion is MOOT; the party was previously granted pauper status.

☐ the motion is DENIED; the party has sufficient funds to pay the filing fee.

☐ the motion is DENIED as MOOT; the filing fee has already been paid.



☐ the motion is DENIED due to the party's failure to provide this court with the requisite financial information.

☒ the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons: the Court finds the appeal is not taken in good faith for the reasons set forth in Magistrate Judge Moore's report and recommendation, adopted by this Court on August 22, 2000.

New Orleans, Louisiana, this 19 day of October, 2000.

_____
UNITED STATES DISTRICT JUDGE

-2-