IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT



No. 00-31081
USDC No. 00-CV-336-N

FRANK TRAMMELL,

           Petitioner-Appellant

versus

BARON KAYLO,

           Respondent-Appellee

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
--------------------

O R D E R:

    Frank Trammell, Louisiana prisoner # 114251, has filed a motion for a certificate of appealability (COA) to appeal the denial of his 28 U.S.C. § 2254 petition for a writ of habeas corpus. Trammell argues that prejudicial other-crimes evidence was admitted erroneously at trial and that counsel was ineffective for failing to object to that evidence and for failing to move for a mistrial in response to the introduction of that evidence.

    A COA may be issued only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Because the district court rejected Trammell's ineffective-assistance claim on the merits, Trammell must demonstrate that reasonable jurists would find the district



O R D E R
No. 00-31081
- 2 -

court's assessment of his constitutional claims debatable or wrong. See Slack v. McDaniel, 529 U.S. 473, 484 (2000). To obtain a COA on the issue whether the district court erred in concluding that federal review of his evidentiary claim was barred by the procedural-default doctrine, Trammell must show that "jurists of reason would find it debatable whether [he] states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Id.

Trammell has not met these standards. Therefore, his motion for a COA is DENIED.

                              W. EUGENE DAVIS
                          UNITED STATES CIRCUIT JUDGE

A true copy
   Test:
Clerk, U.S. Court of Appeals, Fifth Circuit
By /s/ _____ Deputy    FEB 0 2001
New Orleans, Louisiana

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-589-6514
600 CAMP STREET
NEW ORLEANS, LA 70130



February 6, 2001

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
500 Camp Street
Room C-151
New Orleans, LA 70130

    No. 00-31081 Trammell v. Kaylo
    USDC No. 00-CV-336-N

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
    Kenneth Lotz, Deputy Clerk

cc: w/encl:
    Mr Frank Trammell
    Mr Valentin Michael Solino

MDT-1